UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FREDA HALL, )<br>)<br>　　　Plaintiff, )<br>)<br>　vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>　　　Defendant. ) | Case No. 4:11CV1283 ERW (TIA) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Terry I. Adelman [ECF No. 19], pursuant to 29 U.S.C. § 636(b).

The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Social Security Commissioner's decision denying Plaintiff's claims for benefits is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Freda Hall disability benefits is **AFFIRMED**, and the Plaintiff's Complaint is **DISMISSED with prejudice**.

Dated this   6th   day of August, 2012.

　　　　　　　　　　　　　　　　　　　_E. Richard Webber_ _(signature)_
　　　　　　　　　　　　　　　　　　　E. RICHARD WEBBER
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE